SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.: 22-06217MB

☒ FILED  ☐ LODGED
**Sep 02 2022**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 08.29.22 | 09.01.22 | ELIZABETH R. GODOY  3/26/77 |

**INVENTORY MADE IN THE PRESENCE OF**
ELIZABETH R. GODOY

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

1) A DNA STANDARD OBTAINED, 2 BUCCAL SWABS COLLECTED FROM GODOY'S MOUTH

2) MAJOR CASE PRINTS OF LEFT AND RIGHT HAND OF GODOY FOR LATENT PRINT ANALYSIS

## NOT EXECUTED

☐ This Warrant was Not Executed.
(check this box if the warrant was never executed and leave the sections above blank.)

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 09/2/22

Executing Officer's Signature

JULIAN GARCIA - DETECTIVE
Printed Name and Title